**United States District Court**
**Office of the Clerk**
**Southern District of Mississippi**



# MEMORANDUM

*TO:* Surelda Cook, Deputy Clerk  *DATE:* January 14, 2009

*FROM:* Katherine Alexander, Deputy Clerk

*SUBJECT:* Venue question on Civil Action No. 3:09cv27-HTW-LRA

Attorney O. Stephen Montagnet, III was contacted by phone on 01/14/2009 in reference to venue being in the Southern District of Mississippi, Jackson Division for the case styled Higginbotham, et al. Vs. Satellites Unlimited, Inc.

Plaintiff Keith Higginbotham - Winston County - Northern District of Mississippi

Plaintiff Josh Pinter - Newton County - Eastern Division, Southern District of Mississippi

Defendant Satellites Unlimited, Inc - Alabama Corp. with registered agent for process in Jackson, Mississipppi.

However, attorney Montagnet said Southern District of Mississippi, Jackson Division was the proper venue.

Thank you,

Katherine Alexander
Deputy Clerk