IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KEITH HIGGINBOTHAM AND JOSH PINTER,
INDIVIDUALLY, AND ON BEHALF OF ALL
SIMILARLY SITUATED
PAST AND PRESENT EMPLOYEES OF
SATELLITES UNLIMITED, INC.                                             **PLAINTIFFS**

v.                                       CIVIL ACTION NO.3:09CV27-HTW-LRA

SATELLITES UNLIMITED, INC.                                        **DEFENDANT**

## NOTICE OF CONSENT

I hereby consent to be a member of the Plaintiffs' class in this case.

Christian D. Field
Name

9646 Hwy 494
Address

Little Rock, MS 39337
City, State and Zip Code

███████████
Social Security Number

/s/ Christian D. Field
Signature